IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.C. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3240 |

-----

| | | |
|---|---|---|
| M. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3241 |

-----

| | | |
|---|---|---|
| E.C. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3243 |

-----

| | | |
|---|---|---|
| I.V. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3244 |

-----

| | | |
|---|---|---|
| S. | : | CIVIL ACTION |
| v. | : | |
| ANTHONY MARK BIANCHI | : | NO. 09-3247 |

## ORDER

AND NOW, this 19th day of November, 2010, it is hereby ORDERED that the motions of plaintiffs to consolidate the above actions for purposes of discovery are GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.